FILED
OCT 2 8 2026
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
OSCAR DANIEL HERNANDEZ-PEREZ *also known as* VALENTIN LARA-MENDOZA,
Defendant.

Case No.: 3:25-cr-03517-TWR

**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

Upon the motion of the United States, Federal Rule of Criminal Procedure 48(a), IT IS HEREBY ORDERED that the Information against Oscar Daniel Hernandez-Perez is dismissed without prejudice as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: 10/28/26

Todd Robinson
Hon. Todd W. Robinson
United States District Judge